# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## NO. 3:19-cv-45-GCM

| | |
|---|---|
| ELIOR, INC. f/k/a TrustHouse Services Group, Inc., <br><br> **Plaintiff,** <br><br> v. <br><br> **CAG FOOD SERVICES,** <br><br> **Defendant.** | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the Motion for Admission *Pro Hac Vice* concerning **Charles L. Bachman,** filed March 13, 2019 (Doc. No. 8).

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Local Rule 83.1(B), Mr. Bachman is admitted to appear before this court *pro hac vice* on behalf of Defendant, CAG Food Services, LLC..

**IT IS SO ORDERED.**

Signed: March 21, 2019

Graham C. Mullen
United States District Judge